UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
__Southern__ DIVISION

UNITED STATES OF AMERICA, (
Plaintiff (
(
vs. ( Criminal No. 25-3104-CR
(
Randy Gene Harris Jr (
Defendant(s) (

ORDER OF REFERENCE TO
UNITED STATES MAGISTRATE JUDGE

Jurisdiction for the above-styled probation/supervised release case was transferred to the Western District of Missouri on the 15th day of July, 2025 and assigned to the undersigned United States District Judge.

Pursuant to Section 636(b), Title 28 United States Code, and Rule 72.1 of the Local Rules for the United States District Court for the Western District of Missouri, it is:

ORDERED that United States Magistrate Judge David P. Rush is designated to determine all preliminary matters and conduct any hearings necessary.

s/ Brian C. Wimes
United States District Judge

Springfield, Missouri

Dated: July 17, 2025